IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL L.O. JOHNSON, and KRISTY A. JOHNSON, | ) ) ) | |
| Plaintiffs, | ) ) | 7:04cv5019 |
| v. | ) ) ) | |
| BOX BUTTE, COUNTY OF, BOX BUTTE COUNTY SHERIFF'S DEPARTMENT, ALLIANCE POLICE DEPARTMENT, SEAN BUSCH, ALLIANCE, CITY OF, STATE OF NEBRASKA, NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES, and VICKI STANEC, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The Clerk's Office has requested that Document Numbers 19 and 20 be stricken from the record for the following reason(s):

- Documents filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Numbers 19 and 20 from the record. The party is directed to re-file the documents.

DATED this 26th day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge