IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL L.O. JOHNSON, and<br>KRISTY A. JOHNSON,<br><br>      Plaintiffs,<br><br>v.<br><br>BOX BUTTE, COUNTY OF, BOX<br>BUTTE COUNTY SHERIFF'S<br>DEPARTMENT, ALLIANCE POLICE<br>DEPARTMENT, SEAN BUSCH, and<br>ALLIANCE, CITY OF,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 7:04cv5019<br><br><br><br><br>ORDER |

      The Clerk's Office has requested that Document Number 22 be stricken from the record for the following reason(s):

•      Document filed in incorrect case.

      IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 22 from the record. The party has re-filed the document.

      DATED this 26th day of April, 2005.

                                                      BY THE COURT:

                                                      s/ *David L. Piester*
                                                      David L. Piester
                                                      United States Magistrate Judge